**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

**ENRIQUE TOC,** *on behalf of himself and*
*others similarly situated***,**

                       **Plaintiff,**

             **-against-**

**SNL MEAT AND PRODUCE CORP.**
**d/b/a KEY FOOD 1588,**

                **Defendants.**

------------------------------------------------------- X

**Case No. 20 Civ. 02339 (KAM)(JO)**

**[PROPOSED]**
**RULE 68 JUDGMENT**

       WHEREAS on or about January 13, 2021, Defendant SNL MEAT AND PRODUCE

CORP. d/b/a KEY FOOD 1588 extended to Plaintiff ENRIQUE TOC an offer of judgment

pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of forty-five thousand

dollars and zero cents ($45,000.00), and whereas said Plaintiff accepted said offer on or about

January 26, 2021,

       JUDGMENT shall be entered in favor of said Plaintiff against said Defendant in the

amount of forty-five thousand dollars and zero cents ($45,000.00).


Dated: New York, New York
         February ___, 2021



                                 _____
                                 KIYO A. MATSUMOTO, U.S.D.J.