UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

ENRIQUE TOC, *on behalf of himself and others similarly situated*,

                              Plaintiff,

                -against-

SNL MEAT AND PRODUCE CORP. d/b/a KEY FOOD 1588,

                            Defendants.

------------------------------------X

**Case No. 20 Civ. 02339 (KAM)(JO)**

xx[PROPOSED]x
**RULE 68 JUDGMENT**

      WHEREAS on or about January 13, 2021, Defendant SNL MEAT AND PRODUCE CORP. d/b/a KEY FOOD 1588 extended to Plaintiff ENRIQUE TOC an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of forty-five thousand dollars and zero cents ($45,000.00), and whereas said Plaintiff accepted said offer on or about January 26, 2021,

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendant in the amount of forty-five thousand dollars and zero cents ($45,000.00).


Dated: New York, New York
         February ___, 2021


So-ordered on March 10, 2021

                                                  /s/ Kiyo A. Matsumoto
                                                  KIYO A. MATSUMOTO, U.S.D.J.