UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENRIQUE TOC, on behalf of himself and
others similarly situated,   JUDGMENT

                       Plaintiff,   20-cv-02339 (KAM)(JO)

  v.

SNL MEAT AND PRODUCE CORP.
d/b/a KEY FOOD 1588,

                       Defendant.
------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 26, 2021; and Defendant SNL MEAT AND PRODUCE CORP. d/b/a KEY FOOD 1588, having offered plaintiff ENRIQUE TOC an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of forty-five thousand dollars and zero cents ($45,000.00); and an Order of the Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 10, 2021, directing the Clerk of Court to enter judgment in favor of Plaintiff against Defendant in the amount of forty-five thousand dollars and zero cents ($45,000.00); it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff ENRIQUE TOC and against Defendant SNL MEAT AND PRODUCE CORP. d/b/a KEY FOOD 1588 in the amount of forty-five thousand dollars and zero cents ($45,000.00).

Dated: Brooklyn, New York                                 Douglas C. Palmer
       March 11, 2021

                                             By:   */s/Jalitza Poveda*
                                                     Deputy Clerk